**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 12-cr-00038-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     AGUSTIN AGUIRRE-RAMIREZ,
      a/k/a "Los Simbolos," "Alonso Valdivia," "Cisco,"

      Defendant.

_____

**ORDER GRANTING MOTION TO CONTINUE TRIAL AND**
**FOR EXCLUSION OF 180 DAYS FROM SPEEDY TRIAL**

_____

      This matter is before the Court on the Joint Proposed Case Management Order (Doc. # 808), which requested an ends of justice finding for excludable time, as to Defendant No. 1, Agustin Aguirre-Ramirez.  The Court has reviewed this document and the reasons set forth therein, specifically:

      1.     On February 22, 2012, an Unopposed Motion to Declare Case Complex was filed by the government (Doc. # 96).  On March 15, 2012, a hearing was held and the Court granted the Unopposed Motion to Declare Case Complex (Doc. # 129).

      2.     A Status Conference is set in this matter on January 5, 2015.  A disposition has been reached in all of the co-defendants' cases.

      3.     There is voluminous discovery at issue, including many thousands of pages of reports, transcripts, and hours of intercepted phone calls.  In the exercise of

due diligence, counsel for Defendant must digest this discovery to determine what motions, if any, should properly be filed to protect Defendant's constitutional interests, and counsel for Defendant cannot review the material and make informed decisions without additional time.

Therefore, upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the above-named Defendants in a speedy trial.  It is, therefore,

ORDERED that in accordance with the Joint Proposed Case Management Order (Doc. # 808), the Court hereby grants an ends of justice continuance as to the above-named Defendant in this case of 180 days, to be excluded from the speedy trial clock, which currently stands at March 13, 2015.

DATED:  January 2, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge